IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHEILA MAYBERRY,
   Plaintiff,
     v.

CIVIL ACTION FILE
NO. 1:11-CV-3069-TWT

LAW OFFICES OF ED OVERCASH, LLC,
   Defendant.

## ORDER

This is a pro se action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 11 day of May, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Mayberry\r&r.wpd